ARCHIBALD H. TUNICK ET AL. *v.* SURHA, INC.

The motion of August 10, 1971, by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County is denied without prejudice to further briefing and argument on appeal.

The motion of August 11, 1971, by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County is denied without prejudice to further briefing and argument on appeal.

*John J. Keogh, Jr.,* for the appellees (plaintiffs).

*Arthur A. Hiller,* for the appellant (defendant Moe Tunick).

*Stuart I. Levin,* for the appellant (defendant David Tunick).

Argued October 5—decided October 27, 1971

RUTH STONER *v.* MELVIN STONER

The motion by the defendant for a review of the order of the Superior Court in Hartford County terminating the stay of execution is granted; the request for a hearing and for an order vacating the termination of the stay is denied.

*Paul W. Orth,* in support of the motion.

*John Crosskey,* in opposition.

Submitted June 1—decided October 27, 1971

STATE OF CONNECTICUT *v.* RORY B. HITHE

The petition by the state for review of the bail set by the Superior Court in New Haven County is dismissed since the matters raised therein have been rendered moot by the entry of a plea of guilty by the defendant on October 26, 1971.

*Jerrold H. Barnett,* assistant state's attorney, in support of the petition.

Submitted August 16—decided October 27, 1971

STATE OF CONNECTICUT *v.* LANDON WILLIAMS

The petition by the state for review of the bail set by the Superior Court in New Haven County is dismissed since the matters raised therein have been rendered moot by the entry of a plea of guilty by the defendant on October 26, 1971.

*Jerrold H. Barnett,* assistant state's attorney, in support of the petition.

Submitted August 16—decided October 27, 1971

STATE OF CONNECTICUT *v.* RORY B. HITHE ET AL.

The motion by the defendants for review of the order of the Superior Court in New Haven County fixing the amount of bail is dismissed since the matters raised therein have been rendered moot by the entry of a plea of guilty by each of them on October 26, 1971.

*Hugh F. Keefe* and *Walter Gerash,* in support of the motion.

Submitted August 16—decided October 27, 1971

CHARLOTTE BRODY *v.* VERA DUNNIGAN

The motion by the defendant for review of the action of the Circuit Court in the fourteenth circuit dismissing her appeal and terminating a stay of